IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN ALSTON, ) <br> DEREK ANDERSON, and ) <br> HENRY MCCLOUD, III, ) <br>    ) <br> Plaintiffs, ) <br>    ) <br> v. ) <br>    ) <br> ATLANTA INDEPENDENT ) <br> SCHOOL SYSTEM ) <br>    ) <br> Defendants. ) | Civil Action No. 1:11-cv-0124-JOF <br><br> *JURY TRIAL DEMANDED* |

**JOINT MOTION FOR COURT REVIEW AND
APPROVAL OF SETTLEMENT AGREEMENT
AND DISMISSAL OF CASE WITH PREJUDICE**

COME NOW Plaintiffs Jonathan Alston, Derek Anderson, and Henry McCloud, III, ("Plaintiffs") and Defendant Atlanta Independent School System ("AISS") ("Defendant") and file this Joint Motion for Court Review and Approval of Settlement Agreement and Dismissal of Case With Prejudice. The parties respectfully request that the Court review the Settlement Agreement terms (attached as Exhibits 1, 2, and 3 respectively for each individual Plaintiff) and grant the proposed Order approving the Settlement Agreement as per *Lynn's Food Stores*, 679 F.2d 1350 (11th Cir. 1982) and dismiss the case with prejudice based on the grounds fully set forth in the attached Memorandum of Law.

## MEMORANDUM OF LAW

The parties request the Court to review and approve the Settlement Agreements so that the resolution of the case will be in accord with the Eleventh Circuit's decision concerning compromising and/or settling of Fair Labor Standards Act (FLSA) claims, *Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th Cir. 1982).  In *Lynn's Food Stores*, the Eleventh Circuit set forth two ways in which back wage claims arising under the Fair Labor Standards Act may be settled or compromised by employees.  The first is through a payment through the Secretary of Labor.  The second is for a private suit to be filed by employees and for the settlement to be reviewed and approved by the Court.  It is the second of these procedures the parties are following in this case.

The parties were represented by counsel throughout the negotiation of the Settlement Agreements and the Plaintiffs voluntarily released all their claims raised by this lawsuit against the Defendant in exchange for sufficient consideration.  WHEREFORE, the parties respectfully request the Court approve the attached Settlement Agreements and dismiss this action with prejudice.

A proposed Order is attached hereto.

Respectfully submitted this 27th day of  May, 2011.

| | |
|---|---|
| /s/ Michael E. Kramer | /s/ Michael Walker__ |
| Michael E. Kramer, Esq. | Michael Walker, Esq. |
| Georgia Bar No.428976 | Georgia Bar No. 732411 |
| | Assistant General Counsel |
| BUCKLEY & KLEIN, LLP | |
| Atlantic Center Plaza | |
| Suite 1100 | Atlanta, Georgia 30303 |
| 1180 West Peachtree Street | (404) 802 - 2801(TELEPHONE) |
| Atlanta, Georgia, 30309 | (404) 802-1801 (FACSIMILE) |
| TELEPHONE: 404-781-1100 | |
| FACSIMILE: 404-781-1101 | |
| | |
| Attorney for Plaintiffs | Attorney for Defendant |

## CERTIFICATION

Pursuant to Local Rule 7.1(d) N.D.Ga., I certify that this document has been prepared in Times Roman Font 14 point, as approved by the Court in L.R. 5.1B, N.D.Ga.

ATLANTA INDEPENDENT SCHOOL SYSTEM
__s/ Michael James Walker____
Michael James Walker
Assistant General Counsel
State Bar of Georgia No. 732411
Attorney for Defendant
130 Trinity Avenue, 8th Floor
Atlanta, Georgia 30303
(404) 802-2801 – main
(404)802-1801 – fax
miwalker@atlantapublicschools.us
mjwalkeresq@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

JONATHAN ALSTON,
DEREK ANDERSON, and
HENRY MCCLOUD, III,

           Plaintiffs,

v.

THE ATLANTA INDEPENDENT
SCHOOL SYSTEM,

           Defendant.
_____

Civil Action No.:

1:11-CV-0124-JOF

## CERTIFICATE OF SERVICE
_____

I hereby certify that on May 27, 2011, I electronically filed the within and foregoing **JOINT MOTION FOR COURT REVIEW AND APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Michael E. Kramer:   mekramer@buckleyklein.com

I hereby certify that I have mailed by United States Postal Service the same to the following non-CM/ECF participants:

None.

Respectfully submitted this 27th day of May, 2011.

                                        ATLANTA INDEPENDENT SCHOOL SYSTEM

                                        __*s/ Michael James Walker*____
                                        Michael James Walker
                                        Assistant General Counsel
                                        State Bar of Georgia No. 732411

                                        Attorney for Defendant
                                        130 Trinity Avenue
                                        8th Floor
                                        Atlanta, Georgia 30303
                                        (404) 802-2801 – main
                                        (404) 802-1801 – fax
                                        miwalker@atlantapublicschools.us
                                        mjwalkeresq@yahoo.com