FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 0 3 2011

JAMES N. HATTEN, Clerk
By:
　　Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JONATHAN ALSTON, ) | |
| DEREK ANDERSON, and ) | |
| HENRY MCCLOUD, III, ) | |
| ) | |
| **Plaintiffs,** ) | Civil Action No. 1:11cv00124 (JOF) |
| ) | |
| v. ) | ***JURY TRIAL DEMANDED*** |
| ) | |
| ATLANTA INDEPENDENT ) | |
| SCHOOL SYSTEM ) | |
| ) | |
| **Defendants.** ) | |

## CONSENT ORDER

This matter is before the Court on the Parties' proposed settlement of this

action, which includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201

*et seq.* ("FLSA"). The Parties have requested that the Court review and approve

the terms of the settlement agreement so that the resolution of the case will be in

accord with the Eleventh Circuit's decision concerning compromising and/or

settling of FLSA claims, *Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th

Cir. 1982). As noted by the Eleventh Circuit in *Lynn's Food Stores*, one of the

ways in which back wage claims arising under the FLSA may be settled or

compromised by employees is that the proposed settlement terms be reviewed and

approved by the Court – "the district court may enter a stipulated judgment after

scrutinizing the settlement for fairness." *Id.* at 1353.

The Court has read and considered the Parties' proposed agreement and has determined that it provides for the Plaintiffs to receive their claimed overtime, as well as attorneys' fees. It is the Court's judgment that the settlement "reflect[s] a reasonable compromise over issues . . . that are actually in dispute" and that approving the settlement "promote[s] the policy of encouraging settlement of litigation." Accordingly, the Court hereby approves the Parties' proposed settlement agreement.

SO ORDERED, this 3ᵈ day of May, 2011.

J. Owen Forrester, Judge
United States District Court

Consented to by:

/s/ Michael E. Kramer
Michael E. Kramer, Esq.
Georgia Bar No.428976

BUCKLEY & KLEIN, LLP
Atlantic Center Plaza
Suite 1100
1180 West Peachtree Street
Atlanta, Georgia, 30309
TELEPHONE: 404-781-1100
FACSIMILE: 404-781-1101

Attorney for Plaintiffs

/s/ Michael Walker
Michael Walker, Esq.
Georgia Bar No. 732411
Assistant General Counsel


Atlanta, Georgia 30303
(404) 802 - 2801(TELEPHONE)
(404) 802-1801 (FACSIMILE)


Attorney for Defendant